**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILMER YOVANY ACEVEDO GIL,<br><br>Petitioner,<br><br>v.<br><br>GENE BORCHARDT, et al.,<br><br>Respondents. | Case No. 5:26-cv-02990-PA-PD<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>**A# 216-123-803** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, Ground Two of the Petition is granted, and Ground One is dismissed without prejudice.

The Court ORDERS the following:

Respondents shall release Petitioner Wilmer Yovany Acevedo Gil (A # 216-123-803) unless he is provided, within seven (7) days of this Order, an

. . . .

individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a).

DATED:  July 1, 2026

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE