J S - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILMER YOVANY ACEVEDO GIL,<br><br>                    Petitioner,<br><br>          v.<br><br>GENE BORCHARDT, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-02990-PA-PD<br><br>**JUDGMENT**<br><br><br>**A# 216-123-803** |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part.  Ground Two is granted and Ground One is dismissed without prejudice.

DATED:  July 1, 2026

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE